IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KITANO JORDAN, : | |
|     Petitioner : | |
| : | No. 1:20-cv-749 |
| v. : | |
| : | (Judge Kane) |
| WILLIAM P. BARR, et al., : | |
|     Respondents : | |

**ORDER**

**AND NOW**, on this 9th day of April, 2021, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT**:

1. Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. No. 1) is **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction; and

2. The Clerk of Court is directed to **CLOSE** the above-captioned case.

                                                     s/ Yvette Kane
                                                   Yvette Kane, District Judge
                                                   United States District Court
                                                   Middle District of Pennsylvania